UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHARLENE JOY KEYS,<br><br>Defendant. | Case No. CR18-61RSL<br><br>ORDER CONTINUING TRIAL AND PRETRIAL MOTIONS DATES |

This matter comes before the Court on defendant Charlene Joy Keys's "Unopposed Motion to Continue Trial and Pretrial Motions Deadline." Dkt. # 15. Having considered the facts set forth in the motion, the defendant's knowing and voluntary waiver, and the remainder of the record, the Court finds as follows:

1. The Court adopts the facts set forth in the motion. Specifically, that trial is currently scheduled for July 23, 2018; that Ms. Keys is charged with five counts of Mail Fraud in violation of 18 U.S.C. § 1341; that Ms. Keys pleaded not guilty and was released on bond; and that there is voluminous discovery that defense counsel must still review with Ms. Keys, who currently resides in Arizona.

2. The Court accordingly finds that a failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(iv).

3. The Court finds that a failure to grant a continuance would likely result in a miscarriage of justice, as set forth in 18 U.S.C. § 3161(h)(7)(B)(i).

ORDER CONTINUING TRIAL DATE - 1

4. The Court further finds that such a continuance would serve the ends of justice; that a continuance is necessary to ensure adequate time for defense investigation, effective trial preparation, and an opportunity for defendant to benefit from these efforts; and that these factors outweigh the best interests of the public and the defendant in a more speedy trial, within the meaning of 18 U.S.C. § 3161(h)(7)(A).

5. Defendant has signed a waiver indicating that she has been advised of her right to a speedy trial and that, after consulting with counsel, she has knowingly and voluntarily waived that right and consented to the continuation of her trial to a date up to and including March 31, 2019, Dkt. # 16, which will allow trial to begin on February 11, 2019, as requested.

IT IS HEREBY ORDERED that the trial date be continued from July 23, 2018, to February 11, 2019.

IT IS FURTHER ORDERED that the pretrial motions cutoff date be continued to January 14, 2019.

IT IS FURTHER ORDERED that the period of time from the current trial date of July 23, 2018, up to and including March 31, 2019, shall be excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.* The period of delay attributable to the filing and granting of this motion is excluded for speedy trial purposes pursuant to 18 U.S.C. §§ 3161(h)(1)(D), (h)(7)(A), and (h)(7)(B).

DATED this 6th day of June, 2018.

Robert S. Lasnik
United States District Judge

ORDER CONTINUING TRIAL DATE - 2